UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHEN ANDERSON,<br><br>     Plaintiff,<br><br> v.<br><br>CITY OF KIRKLAND, et al.,<br><br>     Defendant. | CASE NO. 2:21-cv-01722-BAT<br><br>**ORDER REGARDING VOLUNTARY DISMISSAL AND LEAVE TO REOPEN** |

On January 24, 2022, Plaintiff filed a letter stating Washington law requires him to file a claim for damages before commencing this lawsuit. Dkt. 4. Plaintiff requests that the complaint he filed in this matter be "unfiled" so he can comply with state law. *Id.*

The Court construes Plaintiff's letter as notice of voluntary dismissal without prejudice. Pursuant to Plaintiff's request, the case shall be closed and dismissed without prejudice. Because the case is dismissed without prejudice, Plaintiff is granted leave to reopen the case. If Plaintiff decides to reopen the case, he is directed to (1) file a motion to reopen the case, using case number 2:21-cv-01722-BAT; and (2) attach a complaint that conforms with the Court's rules and any exhibits in support.

The Clerk shall provide a copy of this order to Plaintiff and close the case, with leave to reopen as noted above.

DATED this 27th day of January, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REGARDING VOLUNTARY
DISMISSAL AND LEAVE TO REOPEN - 2